# Exhibit 2

| A.G.P. / Alliance Global Partners- Retail Order placement and execution using an Order Execution and Management System<br><br>Infringement of the ‘782 patent | |
|---|---|
| **Claim 20** | **Evidence** |
| 20. A method comprising: | A.G.P. / Alliance Global Partners performs a method of operating a system for transacting trades.<br><br>For example, A.G.P. / Alliance Global Partners operates, or otherwise uses, an order execution and management system for transacting trades in trading items such as securities.<br><br><br><br><br>Source: https://allianceg.com/wealth-management/retail-services/ |

| | |
|---|---|
| | **PRODUCTS & SERVICES AVAILABLE**<br><br>Through our relationship with RBC Clearing & Custody, our clients have access to products and services that allow investment flexibility.[1][1] These products and services include the following:<br><br>An Investment Access® Account, which provides unlimited check writing; a Visa Platinum® Debit Card; electronic access for direct deposits, withdrawals and systematic investments; and convenient borrowing through marginable securities;<br>Fee-based options that provide access to professional money managers; numerous mutual fund investments in one easy-to-manage account; and an account that can contain stocks, mutual funds and other investments;<br>Retirement plan accounts that range from individual plans (traditional and Roth IRAs) to business retirement plans, such as 401(k) and SIMPLE plans;<br>Fixed-income products, including government, municipal, corporate and mortgaged-backed securities;<br>Thousands of mutual funds from the country's most prominent mutual fund families;<br>Comprehensive account statements with easy-to-read trade confirmations; and<br>An online tool for 24/7 access to client accounts that provides brokerage information, a daily market summary, company and mutual fund profiles, headline news, "most actives" on the market, quick charts, quotes — all the things needed to keep today's investor up-to-date.<br><br>Source: https://allianceg.com/our-firm/custody-and-clearing/ |

| | |
|---|---|
| | <br><br>Source: https://allianceg.com/investment-banking/equity-capital-markets/ |
| associating a plurality of trading entities each with an identifier using a processor implemented at least partly in hardware; | The system operated by A.G.P. / Alliance Global Partners, which system is implemented at least partly in hardware, uses a processor to associate each of multiple trading entities with an identifier.<br><br>For example, A.G.P. / Alliance Global Partners provides securities trading services to multiple clients, some of which are individual investors. A.G.P. / Alliance Global Partners provides these services via an order execution and management system. The order execution and management system assign an account identifier (e.g., a customer number) to each client. |




Source: https://allianceg.com/wealth-management/retail-services/

<table>
<tr>
<td></td>
<td>
A.G.P. / Alliance Global Partners is a regional investment and advisory firm that has been a member of FINRA and registered with the SEC since 1980. A.G.P. specializes in wealth management and the middle market institutional arena. We have Full-Service capabilities with a global ability to handle domestic as well as international customers. A.G.P. prides itself on providing its clients with boutique-level services along with the confidence of knowing their assets are held at Fidelity Custody and Clearing and RBC Custody and Clearing. Whether a client is looking for wealth management advice, Institutional services, or investment banking, we have a track record and a proven team to assist. We pride ourselves on long-lasting relationships with our clients, ranging from some of the largest institutions and crossing over to the individual investor. We strive to make sure your interests become our interests.<br><br>
Source: https://allianceg.com/our-firm/about-alliance-global/<br><br>

<br>
Source: https://allianceg.com/
</td>
</tr>
<tr>
<td>acquiring trade history information including a</td>
<td>The system operated by A.G.P. / Alliance Global Partners acquires trade history information including histories of trading transactions associated with the</td>
</tr>
</table>

| | |
|---|---|
| histories of trading transactions associated with a plurality of said identifiers using a processor implemented at least partly in hardware; | identifiers.<br><br>For example, using the order execution and management system, A.G.P. / Alliance Global Partners provides securities trading services in the form of trading transactions to A.G.P. / Alliance Global Partners clients. The system stores the trading transactions according to the client's identifier in a database. The system accesses the trading history of a given client from the database using the client's account identifier.<br><br>INFORMATION WE COLLECT<br><br>In the course of serving you as our customer, A.G.P. may collect personal information about you to help us serve your financial needs, process transactions in your account(s), provide customer service, offer new products or services, and fulfill compliance and regulatory requirements. Our responsible collection and use of personal information is limited to what is necessary to operate and administer the firm's business, and to provide customers with appropriate information. This is important to our ability to bring you the highest level of service, while recognizing your reasonable expectations of privacy.<br><br>**A.G.P. may collect nonpublic, personal information from you, as well as from other sources. The information collected and sources used may include:**<br><br>• Information you provide to us, to our affiliated entities, or to your registered representative on applications and related forms, through discussions with our customer service staff, or on our Web site, such as address, social security number, birth date, e-mail address, net worth, assets, and income.<br>• Information regarding your transaction history with us, such as products or services purchased, account balances, trading history, and payment history, as well as information from information service companies and consumer reporting agencies, such as your transactions or credit relationships with unaffiliated third parties.<br><br>Source: https://allianceg.com/privacy/ |
| generating profiles of said trading entities based on said histories, each said profile containing information | For example, the order execution and management system used by A.G.P. / Alliance Global Partners generates an account for each client. The account is associated with the trading history of that client and includes information that indicates if the client is a retail investor. A.G.P. / Alliance Global Partners order execution and management system enables investors to invest in US equities, |

| | |
|---|---|
| that indicates whether trading transactions associated with a trading entity would generate a profit; and | such as those traded on the NYSE, NASDAQ, Cboe, and IEX stock exchanges.<br><br><br><br>Source: https://allianceg.com/<br><br><br>INFORMATION WE COLLECT<br><br>In the course of serving you as our customer, A.G.P. may collect personal information about you to help us serve your financial needs, process transactions in your account(s), provide customer service, offer new products or services, and fulfill compliance and regulatory requirements. Our responsible collection and use of personal information is limited to what is necessary to operate and administer the firm's business, and to provide customers with appropriate information. This is important to our ability to bring you the highest level of service, while recognizing your reasonable expectations of privacy.<br><br>**A.G.P. may collect nonpublic, personal information from you, as well as from other sources. The information collected and sources used may include:**<br><br>• Information you provide to us, to our affiliated entities, or to your registered representative on applications and related forms, through discussions with our customer service staff, or on our Web site, such as address, social security number, birth date, e-mail address, net worth, assets, and income.<br>• Information regarding your transaction history with us, such as products or services purchased, account balances, trading history, and payment history, as well as information from information service companies and consumer reporting agencies, such as your transactions or credit relationships with unaffiliated third parties.<br><br>Source: https://allianceg.com/privacy/<br><br>A.G.P. / Alliance Global Partners collects nonpublic Personal Identifiable Information such as name, address, Social Security number, date of birth, and employment information that identifies a customer as a retail investor as opposed to an institutional investor. Such information is needed to provide |

financial services, including mailing statements and transaction confirmation, and to ensure that their employees do not provide investment, legal or tax advice to retail investors. A.G.P. / Alliance Global Partners periodically reviews transaction history such as account balance and trading activity.

## INFORMATION WE COLLECT

In the course of serving you as our customer, A.G.P. may collect personal information about you to help us serve your financial needs, process transactions in your account(s), provide customer service, offer new products or services, and fulfill compliance and regulatory requirements. Our responsible collection and use of personal information is limited to what is necessary to operate and administer the firm's business, and to provide customers with appropriate information. This is important to our ability to bring you the highest level of service, while recognizing your reasonable expectations of privacy.

**A.G.P. may collect nonpublic, personal information from you, as well as from other sources. The information collected and sources used may include:**

- Information you provide to us, to our affiliated entities, or to your registered representative on applications and related forms, through discussions with our customer service staff, or on our Web site, such as address, social security number, birth date, e-mail address, net worth, assets, and income.
- Information regarding your transaction history with us, such as products or services purchased, account balances, trading history, and payment history, as well as information from information service companies and consumer reporting agencies, such as your transactions or credit relationships with unaffiliated third parties.

## SHARING INFORMATION

We may disclose any of the nonpublic, personal information that we collect about you as required for conductingour day-to-day business. The firm reserves the right to disclose or report personal information in limited circumstances where the firm believes in good faith that disclosure is required under law, to cooperate with regulators or law enforcement authorities, to perform necessary credit checks or collect or report debts owed to the firm, or to protect the firm's rights or property. We may share information about our customers with our affiliates, unaffiliated financial or non-financial services providers, such as mutual fund companies, investment firms, any A.G.P. affiliated company, third-party administrators, clearing firms, and other third parties who assist in providing account maintenance or customer service to your account(s).If you decide to close your account(s), or become an inactive customer, we will adhere to the privacy policies and practices as described in this notice.

We also may share your information with regulators and law enforcement organizations, or in response to a subpoena or discovery request, as permitted or required by law.

We do not sell your non public personal information identified above; however, we may share/disclose nonpublic personal information about you with affiliated and/or unaffiliated third-party companies for marketing purposes. You have the right to "opt-out" of such disclosure, as described at the bottom of this Privacy Policy.

All companies with whom we share information are contractually obligated to comply with strict standards regarding security and confidentiality, and the information provided can be used only for the sole purpose of providing the service(s) we have requested the company to perform, or would be expected to be performed based up such third party's lines of business.

Source: https://allianceg.com/privacy/

| | |
|---|---|
| | ***Sub-Advisory Program through the Euro Pacific Division ("EuroPac Sub-Advisory Program")***<br><br>A.G.P. provides specialized investment advisory services through the Euro Pacific Division ("Euro Pacific", or the "EuroPac Sub-Advisory Program"). Euro Pacific offers investment management and supervisory services to clients on a discretionary basis in separately managed accounts ("SMAs"). Euro Pacific primarily invests in international securities and certain domestic securities with exposure to international markets. The Euro Pacific investment strategy appeals primarily to customers who desire to diversify their overall portfolio by concentrating a portion of their finances away from the U.S. dollar as a hedge against inflation and dollar devaluation; pursuant to this goal, these funds may invest in foreign commodities, dividend-paying small-cap companies, and<br><br>When this type of advisory account is opened, Euro Pacific will perform an assessment of the client's financial information, which includes the client's overall investment objectives, tax considerations, risk tolerance and any investment restrictions the client may have. From there, Euro Pacific will develop a written Investment Policy Statement ("IPS") that reflects the client's investment objectives and performance goals for the assets to be managed, and also includes the client's risk profile, liquidity needs, general time horizon, tax considerations, legal considerations and any special investment circumstances (**Please note:** Euro Pacific does not provide specific legal or tax related advice and clients should consult their independent tax and/or legal practitioners for such advice). The IPS is then used to implement and monitor the investments in a client's account. Generally, Euro Pacific believes we can best meet the financial needs of our clients by building a portfolio of investments that we believe are best suited for the economic climate and in line with each IPS.<br><br>Source: https://files.adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=598260<br><br>When the client is a retail investor, a trading transaction for a security that is executed as a Retail Order would generate a profit for the client and for a Liquidity Provider of that security. |

| | |
|---|---|
| | Multiple securities exchanges (e.g., NYSE, NASDAQ, CBOE, and IEX) have special programs to provide price incentives for retail investors and Liquidity Providers when executing Retail Orders made on behalf of individual investors. For example, under the NYSE Retail Liquidity program, Retail Liquidity Providers (RLPs) receive "economic benefits" Those benefits include NYSE transaction fee reductions and credits (see amounts from the "New York Stock Exchange Price List 2025" below). Those fee reductions and credits directly increase the profit made by RLPs who provide liquidity under the program by reducing their transaction costs. Therefore, when a profile indicates that a trading entity is a retail investor, trading transactions associated with that entity will generate a profit for the RLP by virtue of reduced transaction costs.<br><br>Liquidity Providers make a profit on the spread between the bid and ask price for an equity in exchange for providing liquidity in that equity. The transaction fees are a cost of providing that liquidity and consequently detract from the profit. Therefore, a reduction in transaction fees will result in higher profits. The Retail Programs of other exchanges mentioned in the chart (e.g., NASDAQ, Cboe, and IEX) provide similar economic benefits to RLPs. |

| | |
|---|---|
| | **Fees and Credits Applicable to Executions in the Retail Liquidity Program**<br><br>Retail Liquidity Provider ("RLP") credit fee per share per execution of a Retail Price Improvement Order ("RPI") against a Retail Order (this rate is applicable to an RLP during the first two calendar months of operation as an RLP, and, beginning on the first day of the third consecutive calendar month of operation as an RLP, is applicable to an RLP that satisfies the applicable percentage requirement of Rule 7.44) — $0.0003<br><br>Fee per share per execution of an RPI against a Retail Order by an RLP that, beginning on the first day of the third consecutive calendar month of operation as an RLP, does not satisfy the applicable percentage requirement of Rule 7.44 — $0.0003<br><br>Non-RLP member organization (except DMMs) credit per share per execution of an RPI against a Retail Order — $0.0003<br><br>Retail Member Organization ("RMO") credit per share per execution of a Retail Order against an RPI or MPL Order (An RMO shall be charged according to standard fee applicable to non-Retail Orders for a Retail Order that executes against the Book. The standard routing fee shall apply to a Retail Order that is routed away from the Exchange and executed on another market) — No charge<br><br>Non-RLP DMM credit per share per execution of an RPI against a Retail Order — $0.0020<br><br>Source: https://www.nyse.com/publicdocs/nyse/markets/nyse/NYSE_Price_List.pdf<br><br>Additionally, the Retail Investor receives price improvement for retail orders, wherein the equity is priced better than the best PBBO (protected best bid and offer), which for a retail buyer means the buyer will pay a lower price than the best bid price, and for a retail seller means the seller will receive a higher price than the best offer price. Therefore, trading transactions associated with the trading entity, specifically retail orders, will be instantly profitable due to the price improvement under the retail program as compared to the market pricing of the same equity for non-retail market participants. Therefore, the trading entity's profile, which confirms the entity's status as a retail investor, indicates that trading transactions executed under the retail program will generate such |

profits.

<u>NYSE Retail Orders and Retail Liquidity Program</u>

# NYSE and NYSE National Retail Liquidity

The NYSE and NYSE National Retail Liquidity programs promote cost savings through price improvement for individual investors on retail order flow for securities that trade on the NYSE and NYSE National markets. Offering price improvement for retail orders within an exchange environment offers individual investors new economic incentives and provides greater transparency, liquidly and competition in the U.S. cash equities marketplace. The program can be utilized by retail firms directly as well as by the brokers that service retail order flow providers.

## Two Classes of Market Participants

- **Retail Member Organizations (RMOs)** who are eligible to submit certain retail order flow (Retail Orders) that is eligible for price improvement. (NYSE and NYSE National)
- **Retail Liquidity Providers (RLPs)** who provide price improvement for Retail Orders in the form of non-displayed interest priced better than the best PBBO. RLPs received economic benefits in exchange for meeting performance obligations. RLPs that miss obligations do not receive enhanced economics. The Exchanges have the right to revoke RLP status. (NYSE only)

Source: https://www.nyse.com/markets/liquidity-programs

<u>NASDAQ Retail Orders and Retail Liquidity Program</u>

Nasdaq

NORTH AMERICAN MARKETS

# BX Retail Price Improvement

NASDAQ OMX BX has introduced the Retail Price Improvement Program (BX RPI), a program that encourages enhanced cost savings for individual investors,while offering the unparalleled liquidity and transparency.

## Eligible Market Participants

**Retail Member Organization (RMO)**

Retail Member Organizations are Exchange Members who have been approved by BX to submit Retail Orders. To qualify as a RMO, a Member must meet the following criteria:

**There are 2 types of Retail Orders:**

**Type 1:**

Only interacts with price-improving liquidity.

- Shares that remain unexecuted after interacting with price improving liquidity are cancelled.
- Only executes at prices that are better than the NBBO.

**Type 2:**

Interacts with Retail Price Improving liquidity and liquidity on the BX Book.

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

Cboe

Markets | Cboe Data Vantage | Tradable Products | Listings | Indices | Education | About

Insights | Derivatives Market Research | Equities Market Research | Guest Author Series | Data Analytics and Indices | Our Stories | More

# Retail Price Improvement Provides Unique Opportunities for Retail Investors and Liquidity Providers

*May 1, 2024*

## Key Takeaways

- Retail trading has increased, but the majority of equities volume is executed off-exchange, limiting opportunities to interact with retail order flow on-exchange
- Retail Price Improvement (RPI) Orders on Cboe's BYX Equities Exchange provide a unique opportunity to interact exclusively with Retail Orders on-exchange, at price improvement levels in 1/10 of a cent increments
- Ample retail missed opportunities exist on BYX in high value stocks, including large-cap stocks in the S&P 500 and Russell 1000 indices

Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/

**IEX Retail Orders and Retail Liquidity Program**

Retail Program

# Overview

Broker-dealers that serve individual retail investors can apply to be Retail Member Organizations (RMOs), which can send Retail orders to IEX Exchange on behalf of their clients. Individual retail investors cannot trade directly on IEX Exchange.

Any broker-dealer Member of IEX Exchange can send Retail Liquidity Provider (RLP) orders, which operate as M-Peg orders that can only execute against Retail orders.

Source: https://www.iexexchange.io/products/retail-program#resources

**Priority & Pricing**

RLP orders, which only trade against eligible Retail orders, execute in price-time priority at the midpoint, outranking D-Peg orders, which rest outside the NBBO. RLP orders will be accepted and queued during pre-market but are only eligible to execute during the Regular Market Session. Open RLP orders are canceled at the end of the Regular Market Session.

Eligible Retail orders and RLP orders trade for free.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf

Additionally, A.G.P. / Alliance Global Partners tracks transactions made by trading entities. The entity's profile includes histories of those transactions for at least the purpose of providing transaction confirmations and account statements. A.G.P. / Alliance Global Partners receives income from some routing venues in

the form of payment from the venue and/or shared execution income with the venue depending on the characteristics of an order and any subsequent executions. Therefore, by virtue of the transaction history, a trading entity profile includes an indication whether trading transactions associated with the entity would generate a profit for A.G.P. / Alliance Global Partners. For example, in the case where A.G.P. / Alliance Global Partners would receive a payment from a venue or a share in execution income for a trading transaction or subsequent transaction.

## INFORMATION WE COLLECT

In the course of serving you as our customer, A.G.P. may collect personal information about you to help us serve your financial needs, process transactions in your account(s), provide customer service, offer new products or services, and fulfill compliance and regulatory requirements. Our responsible collection and use of personal information is limited to what is necessary to operate and administer the firm's business, and to provide customers with appropriate information. This is important to our ability to bring you the highest level of service, while recognizing your reasonable expectations of privacy.

**A.G.P. may collect nonpublic, personal information from you, as well as from other sources. The information collected and sources used may include:**

- Information you provide to us, to our affiliated entities, or to your registered representative on applications and related forms, through discussions with our customer service staff, or on our Web site, such as address, social security number, birth date, e-mail address, net worth, assets, and income.
- Information regarding your transaction history with us, such as products or services purchased, account balances, trading history, and payment history, as well as information from information service companies and consumer reporting agencies, such as your transactions or credit relationships with unaffiliated third parties.

Source: https://allianceg.com/privacy/

**Customer Identification Program Notice**

**Important Information You Need to Know about Opening a New Account:**

To help the government fight the funding of terrorism and money laundering activities, federal law requires financial institutions to obtain, verify and record information that identifies each person who opens an account.

This notice answers some questions about your firm's Customer Identification Program.

**What types of information will I need to provide?**

When you open an account, your firm is required to collect the following information:

_ Name

_ Date of birth

_ Address

_ Identification number:

o U.S. citizen: taxpayer identification number (Social Security number or employer identification number)

o Non-U.S. citizen: taxpayer identification number; passport number and country of issuance; alien identification card number; or government-issued identification showing nationality, residence and a photograph of you.

You may also need to show your driver's license or other identifying documents. A corporation, partnership, trust or other legal entity may need to provide other information, such as its principal place of business, local office, employer identification number, certified articles of incorporation, government-issued business license, a partnership agreement or a trust agreement.

Source: https://www.allianceg.com/wp-content/uploads/2021/04/A.G.P.-Customer-Disclosures-2020-updated-4.2021.pdf

## SHARING INFORMATION

We may disclose any of the nonpublic, personal information that we collect about you as required for conductingour day-to-day business. The firm reserves the right to disclose or report personal information in limited circumstances where the firm believes in good faith that disclosure is required under law, to cooperate with regulators or law enforcement authorities, to perform necessary credit checks or collect or report debts owed to the firm, or to protect the firm's rights or property. We may share information about our customers with our affiliates, unaffiliated financial or non-financial services providers, such as mutual fund companies, investment firms, any A.G.P. affiliated company, third-party administrators, clearing firms, and other third parties who assist in providing account maintenance or customer service to your account(s).If you decide to close your account(s), or become an inactive customer, we will adhere to the privacy policies and practices as described in this notice.

We also may share your information with regulators and law enforcement organizations, or in response to a subpoena or discovery request, as permitted or required by law.

We do not sell your non public personal information identified above; however, we may share/disclose nonpublic personal information about you with affiliated and/or unaffiliated third-party companies for marketing purposes. You have the right to "opt-out" of such disclosure, as described at the bottom of this Privacy Policy.

All companies with whom we share information are contractually obligated to comply with strict standards regarding security and confidentiality, and the information provided can be used only for the sole purpose of providing the service(s) we have requested the company to perform, or would be expected to be performed based up such third party's lines of business.

Source: https://allianceg.com/privacy/

*"How do your financial professionals make money?"*

**Description of How Financial Professionals Make Money:** Our RRs are primarily compensated with a percentage of the commissions they charge for each transaction in your account. Their payout is based on a grid, meaning they earn a higher percentage of the commissions they generate or a bonus based on pre-determined dollar thresholds. This form of compensation creates a potential conflict of interest in that it incentivizes the RR to recommend more transactions. Other forms of compensation may include: (1) stock warrants or shares of stock for selling certain investment banking deals where AGP is the underwriter, thus incentivizing the RR to recommend the offering; (2) investment advisory fees for our RRs who are also IARs of our investment adviser; and (3) forgivable loans to move their clients from another firm to AGP. Loan forgiveness is based on the RR reaching certain production or asset thresholds within a specified time period, thus incentivizing the RR to recommend that their clients move assets to AGP. We do not hold sales contests nor do we base bonuses on specific products sales.

Source: https://reports.adviserinfo.sec.gov/crs/crs_8361.pdf

| | |
|---|---|
| | <br>SEC Rule 606(a) Report – A G P / Alliance Global Partners<br>Please **click here**.<br>Upon request, A.G.P. / Alliance Global Partners will disclose to customers the venues to which their individual orders were routed. Each customer may request a written copy of the report be mailed to them at no charge.<br>SEC RULE 606(B)(1) – A G P / Alliance Global Partners, upon request of its customer, will provide details on NMS stock and option non-directed orders in NMS securities including the identity of the venue and the time of execution for the prior six months.<br>SEC RULE 606(B)(3) – A G P / Alliance Global Partners, upon request of its customer, will provide specific disclosures related to the routing and execution of the customer's NMS stock orders submitted on a **not held basis** for the prior six months. **Note:** You may not be eligible to receive this report based on specific criteria noted in the text of the rule. See full rule: **https://www.ecfr.gov/cgi-bin/retrieveECFR?gp=1&ty=HTML&h=L&mc=true&r=SECTION&n=se17.4.242_1606**<br>Request can be made to **COMPLIANCEOFFICERS@ALLIANCEG.COM** or via your Registered Representative.<br><br>Source: https://allianceg.com/sec-disclosures/ |
| generating different offers to buy or to sell a trading item to different trading entities based on the profiles of individual trading entities, the offer being processed through an exchange that processes trading transactions for items having a bid/offer spread, using a | For example, A.G.P. / Alliance Global Partners receives a request from one of its clients to buy or sell a trading item such as a security on the clients' behalf. In the case of the client being an individual investor, based on the client's profile, the system generates a buy or sell Retail Order and routes the order to the appropriate exchange that has a Retail Liquidity Program for that security. The exchange processes the order according to the bid/offer spread agreement of the Retail Liquidity Program.<br><br>A.G.P. / Alliance Global Partners sends equity orders to exchanges, electronics communication networks or broker-dealers. The order routing decisions are based on a number of factors, including the opportunity for price improvement. A.G.P. / Alliance Global Partners regularly reviews routing decisions to ensure that the orders meet A.G.P. / Alliance Global Partners' duty of best execution. |

<table>
<tr>
<td>processor implemented at least partly in hardware.</td>
<td>
SEC Rule 606(a) Report – A G P / Alliance Global Partners<br>
Please click here.<br><br>
Upon request, A.G.P. / Alliance Global Partners will disclose to customers the venues to which their individual orders were routed. Each customer may request a written copy of the report be mailed to them at no charge.<br><br>
SEC RULE 606(B)(1) – A G P / Alliance Global Partners, upon request of its customer, will provide details on NMS stock and option non-directed orders in NMS securities including the identity of the venue and the time of execution for the prior six months.<br><br>
SEC RULE 606(B)(3) – A G P / Alliance Global Partners, upon request of its customer, will provide specific disclosures related to the routing and execution of the customer's NMS stock orders submitted on a not held basis for the prior six months. Note: You may not be eligible to receive this report based on specific criteria noted in the text of the rule. See full rule: https://www.ecfr.gov/cgi-bin/retrieveECFR?gp=1&ty=HTML&h=L&mc=true&r=SECTION&n=se17.4.242_1606<br>
Request can be made to COMPLIANCEOFFICERS@ALLIANCEG.COM or via your Registered Representative.<br><br>
Source: https://allianceg.com/sec-disclosures/
</td>
</tr>
</table>

SHARING INFORMATION

We may disclose any of the nonpublic, personal information that we collect about you as required for conductingour day-to-day business. The firm reserves the right to disclose or report personal information in limited circumstances where the firm believes in good faith that disclosure is required under law, to cooperate with regulators or law enforcement authorities, to perform necessary credit checks or collect or report debts owed to the firm, or to protect the firm's rights or property. We may share information about our customers with our affiliates, unaffiliated financial or non-financial services providers, such as mutual fund companies, investment firms, any A.G.P. affiliated company, third-party administrators, clearing firms, and other third parties who assist in providing account maintenance or customer service to your account(s).If you decide to close your account(s), or become an inactive customer, we will adhere to the privacy policies and practices as described in this notice.

We also may share your information with regulators and law enforcement organizations, or in response to a subpoena or discovery request, as permitted or required by law.

We do not sell your non public personal information identified above; however, we may share/disclose nonpublic personal information about you with affiliated and/or unaffiliated third-party companies for marketing purposes. You have the right to "opt-out" of such disclosure, as described at the bottom of this Privacy Policy.

All companies with whom we share information are contractually obligated to comply with strict standards regarding security and confidentiality, and the information provided can be used only for the sole purpose of providing the service(s) we have requested the company to perform, or would be expected to be performed based up such third party's lines of business.

Source: https://allianceg.com/privacy/

**NYSE Retail Orders and Retail Liquidity Program**

# Retail Order Overview

A Retail Order is an agency that originates from a natural person and is submitted to the Exchange by an RMO. The order cannot originate from a trading algorithm or any other computer methodology. The Retail Order interacts with Retail Price Improvement (RPI) orders and other available orders that are priced better than the contra-side PBBO. RPI orders may be sent by RLPs or any other market participant. NYSE sends an indicator to both the NYSE XDP and SIP feeds when RPIs are available, indicating the side of the interest but not the size.

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**

## Orders

**Retail Order**

Retail Orders are agency or riskless-principal orders that seek price improvement and originate from a natural person.

Retail Orders will always receive the most price improvement possible.

Retail orders can only be submitted to BX by an approved RMO and must meet the following conditions:

- Must be an "Immediate or Cancel" (IOC) order. Any Retail Orders submitted with a time-in-force greater other than IOC will be converted to an IOC order.
- Must be submitted with an explicit limit price.
- May not be submitted in sub-penny increments.
- Must be submitted through a Retail Only Port.

**Retail Price Improvement Order (RPI Order)**

RPI orders consist of non-displayed interest on BX that is priced better than the Protected National Best Bid or the Protected National Best Offer (NBBO) by at least $0.001.

All RPI orders are booked in accordance with a price-time priority.

RPI Orders are only permitted to add liquidity and can only execute against incoming Retail Orders.

Additionally, RPI orders must meet the following conditions:

- Must be submitted with a limit price.
- RPI orders can be an explicitly priced limit order or implicitly priced at the NBBO with a positive offset.
- Must be submitted for securities priced greater than $1.00.
- Must be submitted with a minimum increment of $0.001.

nasdaq.com/solutions/equities 1

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

| | |
|---|---|
| | Retail trading has increased in recent years, with more retail participants investing in a variety of asset classes, including equities. However, a large portion of this is executed off-exchange, limiting the opportunities for on-exchange investors to interact with retail order flow. Cboe has introduced many incentives to increase on-exchange retail trading, including Retail Priority, pricing incentives for low cost remove and premium rebates for Retail Orders[1], and the EDGX Retail Membership Program, a program that gives retail brokers that become a direct member on EDGX discounts on port fees and market data. Retail pricing tiers also give growing retail firms additional rebates. The Retail Price Improvement (RPI) program on Cboe's BYX Equities Exchange provides a unique opportunity for liquidity providers to interact exclusively with inbound Retail Orders seeking price improvement. In Cboe's latest Equities Execution Consulting study, we examine the benefits and opportunities of interacting with Retail Orders through the RPI program.<br><br>**How Do Retail Orders and RPI Work?**<br><br>RPI Orders[2] offer the ability to give price improvement in 1/10 of a cent increments ($0.001) better than the NBB or NBO, to Retail Orders only. Retail Member Organizations[3] that submit Retail Orders to BYX may receive price-improved executions on the exchange, giving retail investors exclusive access to price-improved liquidity from RPI Orders. Retail Orders can also receive price improvement by executing against other hidden liquidity in addition to RPI Orders, such as midpoint pegs, and may receive an enhanced rebate for interacting with price-improving orders.<br><br>Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/<br><br><br><br>**<u>IEX Retail Orders and Retail Liquidity Program</u>** |

# Retail Order Type

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier.

## Overview

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier. Retail orders must reflect trading interest of a natural person, with no change made to the terms of the underlying order of the natural person with respect to price (except in the case of a market order that is changed to a marketable limit order) or side of market. Additionally, they must originate from individuals and cannot originate from a trading algorithm or any other computerized methodology.

### Retail Order Details

Retail orders must be submitted as D-Peg or M-Peg orders with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK) and are eligible to interact with Retail Liquidity Provider orders (RLP orders, see below) as well as other orders priced to execute at the midpoint or a more aggressive price. Any unexecuted portion of Retail orders will be canceled once all eligible available liquidity on IEX Exchange is exhausted.

Source: https://www.iexexchange.io/products/retail-program#resources

| | |
|---|---|
| | **Retail Liquidity Provider**<br><br>Retail Liquidity Provider (RLP), which can be submitted by any Member, is a variation of a Midpoint Peg (M-Peg) order that only executes against eligible Retail orders.<br><br>**Retail Liquidity Provider Details**<br><br>Like M-Peg, RLP is a non-displayed order type that is priced at the less aggressive of the midpoint price or the order's limit price. Eligible Retail orders are those that are designated with a "Retail order" modifier, are either an M-Peg or D-Peg with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK), and are submitted by a Retail Member Organization (RMO).<br><br>RLP orders interact with eligible Retail orders in price-time priority at the midpoint price, outranking D-Peg orders, which rest outside the NBBO. When there is at least one round lot (in aggregate) of RLP interest available and eligible to trade at the midpoint price that offers at least 10 mils of price improvement, a Retail Liquidity Indicator (RLI) will be disseminated via IEX market data feeds (TOPS and DEEP) and the SIP.<br><br>Source:<br>https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf |